Jordan L. Lurie (SBN 130013)
Jordan.Lurie@capstonelawyers.com
Tarek H. Zohdy (SBN 247775)
Tarek.Zohdy@capstonelawyers.com
Cody R. Padgett (SBN 275553)
Cody.Padgett@capstonelawyers.com
Trisha K. Monesi (SBN 303512)
Trisha.Monesi@capstonelawyers.com
Capstone Law APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone:   (310) 556-4811
Facsimile:    (310) 943-0396

Attorneys for Plaintiff
Daniel Murillo

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MURILLO, individually, and on behalf of a class of similarly situated individuals, | Case No.: |
| Plaintiffs, | **CLASS ACTION COMPLAINT FOR:** |
| v. | (1)   Violations of Unfair Competition Law, California Business & Professions Code § 17200 *et seq.* |
| SHARKNINJA OPERATING LLC., a Massachusetts limited liability company, | (2)   Violations of California's Consumers Legal Remedies Act |
| Defendant. | (3)   Breach of Implied Warranty Pursuant to Song-Beverly Consumer Warranty Act |
| | (4)   Breach of Implied Warranty Pursuant to the Magnuson-Moss Warranty Act |
| | (5)   Unjust Enrichment |
| | **DEMAND FOR JURY TRIAL** |

1

**INTRODUCTION**

2      1.      Plaintiff Daniel Murillo ("Plaintiff") brings this action for himself

3  and on behalf of all persons in the United States who, at any time in the last four

4  years prior to the filing of this complaint, purchased one or more Ninja Blenders

5  with a Stacked Blade Assembly[1] ("Ninja Stacked Blade Blenders" or "Ninja

6  Blenders")[2] designed, manufactured, marketed, distributed, sold, and warranted by

7  SharkNinja Operating LLC, a Massachusetts limited liability company

8  ("SharkNinja" or "Defendant").

9      2.      This case arises out of a defect in the Ninja Stacked Blade Blenders

10  whereby the Stacked Blade Assembly fails to lock in place inside the Ninja

11  Blender pitchers and, consequently, dislodges during use and cleaning, exposing

12  consumers to unexpected and sudden direct contact with the sharp blades,

13  resulting in safety hazards, such as lacerations (the "Stacked Blade Assembly

14  Defect").

15      3.      According to Consumer Reports, "Ninja is the only manufacturer []

16  that uses a blade assembly that isn't locked into the container during use.  Its

17  blades are also sharper than many other blenders …" and its "drawback is that the

18  knife-like assembly isn't anchored in any way to the container, raising the risk of

19  laceration."[3]

20      4.      As depicted below, SharkNinja consistently advertises its Ninja

21

22      [1] The Ninja Stacked Blade Blenders "feature a unique 'stacked blade'
assembly consisting of multiple sharp blades mounted at different heights inside
23  the container …" *See* https://www.consumerreports.org/blenders/ninja-blenders-
recalled-due-to-laceration-risk/
24

25      [2] On information and belief, the Ninja Stacked Blade Blenders include,
without limitation, the Ninja Intelli-Sense Series Blenders, the Ninja 4-in-1
26  Kitchen System, the Nutri Ninja Blender Duo with Auto-iQ, the Nutri Ninja
Blender System with Auto-iQ, the Nutri Ninja BlendMAX DUO with Auto-iQ
27  Boost, the Total Crushing Series Blenders, and the Ninja Ultima Series Blenders.

28      [3] https://www.consumerreports.org/blenders/ninja-blenders-recalled-due-
to-laceration-risk/

CLASS ACTION COMPLAINT

1   Blenders with the Stacked Blade Assembly inside the blending pitcher.  At no

2   point prior to opening the packaging and removing the blender are consumers

3   informed or aware that the Stacked Blade Assembly is separate from the blending

4   unit and does not lock into place inside the pitcher.





CLASS ACTION COMPLAINT

5.      In 2015, in an effort to address consumer complaints regarding the Stacked Blade Assembly Defect and resulting injuries, SharkNinja issued a voluntary recall of certain Ninja Blenders with stacked blade assemblies stating that, "[t]he blender poses a laceration risk if consumers pour or invert the pitcher after removing the lid while the loose stacked blade assembly is still inside the pitcher."[4]  The recall affected approximately 1.1 million units sold in the United States between March 2012 and September 2015.

6.      However, the recall was "different from most in that Ninja [wasn't] actually telling consumers to stop using their blenders, nor [was] it issuing a stop sale with retailers.  Instead, it [was] giving customers a revised safety warning."  Thus, the Stacked Blade Assembly Defect continued and expanded as more models with Stacked Blade Assemblies were introduced to the public. SharkNinja, to this date, has not modified or redesigned the Stacked Blade Assembly and consumers, like Plaintiff and Class Members, continue to unknowingly purchase the Ninja Stacked Blade Blenders and subsequently experience the Stacked Blade Assembly Defect.

7.      The Stacked Blade Assembly Defect is inherent in each of the Ninja Blenders, and is present at the time of sale.

8.      Because SharkNinja will not notify Class Members that the Stacked Blade Assembly is defective, Plaintiff and Class Members (as well as members of the general public) remain subject to dangerous conditions while operating the Ninja Stacked Blade Blenders.

9.      If Plaintiff and Class Members knew about these defects at the time of purchase, Plaintiff and Class Members would not have purchased the Ninja Blenders or would have paid less for them.

10.      As a result of their reliance on Defendant's omissions and

_____

[4] https://www.cpsc.gov/Recalls/2016/Laceration-Injuries-Prompt-SharkNinja-to-Recall-Ninja-BL660-Blenders#

CLASS ACTION COMPLAINT

representations, consumers have suffered an ascertainable loss of money, including, but not limited to, out of pocket costs incurred in purchasing the Ninja Stacked Blade Blender.  Further, as a result of its deceptive marketing and unfair competition with other similar manufacturers and brands, SharkNinja realized sizable profits.

**PARTIES**

**PLAINTIFF Daniel Murillo**

11.    Plaintiff Daniel Murillo is a California citizen who resides in South Gate, California.  During the class period alleged herein, Plaintiff purchased a Ninja Stacked Blade Blender.  Specifically, Plaintiff purchased a Ninja Kitchen System 1200, model number BL700, equipped with a Stacked Blade Assembly, from Fry's Electronics in Fountain Valley, California, a SharkNinja authorized retailer in Orange County.

12.    Prior to purchasing his Ninja Stacked Blade Blender, Plaintiff saw, and relied upon, the Ninja Blender's outer packaging that depicted the stacked blade assembly secured inside the blending pitcher.  At the time of purchase, Plaintiff did not know, and had no reason to know, that the Stacked Blade Assembly separates from the blender unit and cannot lock into place.  User safety, including having the Stacked Blade Assembly lock in place inside the blending pitcher, was important to Plaintiff because his wife and daughter would be using the blender and he did not want them to be exposed to loose blades.

13.    Plaintiff purchased his Ninja Blender primarily for personal, family, or household use.  SharkNinja manufactured, distributed, advertised, marketed, and warranted the blender.

14.    Plaintiff was forced to stop using his Ninja Stacked Blade Blender after approximately six months because the Stacked Blade Assembly continually dislodged and fell out of the blending pitcher during blending, pouring, and cleaning, despite careful handling, and would expose Plaintiff and his family

members to the sharp blades.  On one occasion, Plaintiff's daughter was cut when the Stacked Blade Assembly came loose during blending.

15. If Defendant had disclosed that the Stacked Blade Assembly did not lock in place inside the blending pitcher, unlike all other similar and competing blenders, and would dislodge during use and cleaning, Plaintiff would have seen or heard such disclosures and been aware of them prior to purchase. Indeed, SharkNinja's omissions were material to Plaintiff.  If Plaintiff had known at the time of purchase that the Stacked Blade Assembly did not lock in place inside the blending pitcher, he would not have purchased the Ninja Blender.

16. Plaintiff would consider purchasing a Ninja Blender in the future if they no longer exhibited the Stacked Blade Assembly Defect.

**DEFENDANT**

17. Defendant SharkNinja Operating LLC is a limited liability company organized and in existence under the laws of the State of Massachusetts and is registered to do business in the State of California.  SharkNinja Operating LLC's corporate headquarters and principal place of business are located at 180 Wells Ave., Suite 200, Newton, MA 02459.  SharkNinja designs, produces, manufactures, markets, distributes, and sells Ninja Blenders worldwide, nationwide, and throughout California.

18. At all relevant times, Defendant was and is engaged in the business of marketing, distributing, and selling Ninja Stacked Blade Blenders in Orange County, and throughout the United States of America.

<b>JURISDICTION</b>

19. This is a class action.

20. This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1331 because this action arises under the Constitution or laws of the United States and the Class Action Fairness Act, 28 U.S.C. § 1332(d)(2) and (6), in that, as to each Class defined herein:

a.  the matter in controversy exceeds $5,000,000.00, exclusive of interest and costs;

b.  this is a class action involving 100 or more class members; and

c.  this is a class action in which at least one member of the Plaintiff class is a citizen of a State different from at least one Defendant.

21.     The Court has personal jurisdiction over Defendant, which has at least minimum contacts with the State of California because it has conducted business there and has availed itself of California's markets through the marketing, distributing, and selling of Ninja Stacked Blade Blenders.

**VENUE**

22.     SharkNinja, through its business of advertising, distributing, and selling Ninja Stacked Blade Blenders, has established sufficient contacts in this district such that personal jurisdiction is appropriate.  Defendant is deemed to reside in this district pursuant to 28 U.S.C. § 1391(a).

23.     In addition, a substantial part of the events or omissions giving rise to these claims and a substantial part of the property that is the subject of this action are in this district.  In addition, Plaintiff Murillo's Declaration, as required under California Civil Code § 1780(d) (but not pursuant to *Erie* and federal procedural rules), reflects that a substantial part of the events or omissions giving rise to the claims alleged herein occurred, or a substantial part of property that is the subject of this action, is situated in Orange County, California.  It is attached as **Exhibit 1.**

24.     Venue is proper in this Court pursuant to 28 U.S.C. § 1391(a).

**FACTUAL ALLEGATIONS**

25.     Since at least 2012, SharkNinja has designed, manufactured, distributed, and sold the Ninja Stacked Blade Blenders.  SharkNinja has sold, directly or indirectly, through its website and other retail outlets, millions of Ninja Blenders equipped with the Stacked Blade Assembly in California and

1  nationwide.

2      26.    Plaintiff is informed and believes, and based thereon alleges, that the

3  Stacked Blade Assembly contains a design defect that causes, among other

4  problems, the Stacked Blade Assembly to fail to lock in place inside the Ninja

5  Blender pitchers and dislodge during use and cleaning, exposing consumers to

6  unexpected and sudden direct contact with the sharp blades, which can cause

7  lacerations.  Specifically, the Stacked Blade Assembly contains no locking

8  mechanism or safety lock features to secure the sharp blades inside the blending

9  pitcher.  As a result, the Stacked Blade Assembly will dislodge while blending, in

10  some instances breaking the plastic pitcher, and/or suddenly fall out while pouring

11  the blended contents or cleaning the pitcher and causing incredibly unsafe

12  situations for consumers.

13      27.    According to Consumer Reports, "Ninja is the only manufacturer []

14  that uses a blade assembly that isn't locked into the container during use.  Its

15  blades are also sharper than many other blenders …" and its "drawback is that the

16  knife-like assembly isn't anchored in any way to the container, raising the risk of

17  laceration."[5]

18      28.    The Stacked Blade Assembly Defect is inherent in all Ninja Stacked

19  Blade Blenders and the Stacked Blade Assembly Defect is the same for all Ninja

20  Stacked Blade Blenders.

21      29.    Dating back to at least July 2012, SharkNinja was aware of the

22  defects of the Stacked Blade Assembly.  SharkNinja, however, failed to disclose

23  this defect to consumers.  Because of this failure, Plaintiff and Class Members

24  have been damaged.

25      30.    Many purchasers and users of the Ninja Stacked Blade Assembly

26  Blenders have experienced problems with the Stacked Blade Assembly.

27

28      [5] https://www.consumerreports.org/blenders/ninja-blenders-recalled-due-
to-laceration-risk/

Complaints filed by consumers with the Consumer Product Safety Commission and SharkNinja, as well as elsewhere online, demonstrate that the defect is widespread and dangerous, and that it manifests without warning.  The complaints also indicate Defendant's awareness of the problems with the Stacked Blade Assembly and how potentially dangerous the defective condition is for consumers. The following are some safety complaints relating to the Stacked Blade Assembly Defect (spelling and grammar mistakes remain as found in the original) (SaferProducts.gov, *Search for Recalls and Reports* (July 30, 2018), https://www.saferproducts.gov/Search/default.aspx):

a. 11/13/2012 - The consumer stated that she was drying the blade with a kitchen towel. The blade went through the towel and cut her right thumb. She applied pressure to her thumb but the bleeding would not stop. The consumer stated that her husband took her to Nassau University Hospital in East Meadow , NY. The consumer was seen by the emergency room attendant. The consumer stated that the cut had to be glued together. She did not know the width or depth of the cut. She was prescribed an antibiotic and released the same day. The consumer stated that this is an unsafe product. (Ninja Pro System 1100)

b. 2/18/2013 - I was using the blender for the first time. I put it together as shown in the quick start guide. After blending my smoothie I tried to pour some of it through the small flip top lid but it was too thick so I had to remove it. the blade tower seemed to snap into place when I placed it in the unit and I thought it secured. As I poured some of the smoothie into a cup to check the consistency the blade tower came out slicing my thumb. When I contacted the company I was told that I should reach into the blender and whatever is in the blender to remove the blade tower before pouring anything. This makes no sense since the blades are covered by in this case a thick, viscous and opaque material ie... fruit smoothie. I could not see the location of the blades in the unit nor would I stick my hands in and grab them if I could. This product is inherently unsafe and the company should know that. (Ninja Kitchen System 1100)

c. 3/13/2013 The caller stated that the blender has razor sharp blades which were exposed when he opened the packaging and he received lacerations to his right index finger. The unit is not secured properly so the user is not aware that the blades are exposed. He sustained injury to his right finger and will seek medical

d. attention later. The caller feels that this blender is a safety hazard and should be reported. (Ninja Master Prep Profession)

e. 5/8/2013 – The consumer stated that the device has a whirling blade. His wife put the blade on but it was not secure. When his wife turned the device on, the blade flew off of the axis. It chipped off bits of the plastic from the inside of the container. Bits of the plastic was in the smoothie. This was the first time that the product had been used. The consumer considers this to be an unsafe product. (Ninja Master Prep)

f. 1/23/2014 The consumer had used the blender to make a smoothie and

was pouring it into a glass. She poured the remainder of the smoothie into a cup. As she was pouring it into the cup, the blade from the blender came loose and hit her left index finger right below the knuckle. The consumer stated that she had to go to Urgent Care in Fort Mill. She received five stitches in her finger and a tetanus shot. The consumer stated that the system had to be assembled. (Ninja Mega Kitchen System)

g.  6/17/2014 Consumer stated that her daughter had finished using the blender and while she was pouring out the contents a blade fell out and caused her to received laceration on her left hand. She was given first aid from consumer who is a medical professional (nurse). There were no prior incidents. She had used it several times before this incident occurred. The manufacturer was contacted 6/12/14 through email but she did not receive a response as yet. Consumer feels that the blender is a safety hazard and should be reported. (Ninja Professional BL660)

h.  7/28/2014 – I went to use my ninja blender for the first time today. As I got it out to clean it, the blade fell onto my foot. The blade sliced deeply into foot, to the bone. I was bleeding all over and screamed for my sisters help. As she ran to assist me, she accidentally kicked the blade that was lying next to me, as she did not see it. This resulted in half her toe being cut off, and part of the bone. We spent most of the day in the ER. I got away with just stitches and a tetanus shot... My sister was referred to a plastic surgeon to get a skin graft on her toe. Maybe this company should consider putting a button release for the blade, considering it is sharp enough to cut bone. (Ninja Mega Kitchen System)

i.  9/7/2014 – While cleaning the Ninja Blender I poured the warm water soap solution out (as indicated by the directions) at which point the blades fell out of the blender hitting my right hand creating deep lacerations across my middle and ring fingers. This immediately caused loss of control and sensation in my ring finger. I was taken to the emergency department for medical treatment, I have since been under the care of a hand surgeon who was able to surgically reattach my tendons, though I may have some permanent nerve damage. This product has caused me a great deal of unnecessary pain and suffering. The Ninja blender product design is flawed and needs to be removed from the market to prevent any future injuries. (Ninja Mega Kitchen System)

j.  1/28/2015 – I was using my Ninja Professional Blender (Model BL660) to blend frozen fruit and milk. This blender was purchased on or around August 2014 from BJ's Wholesale Club and was being used as it has been each day since purchasing. After blending for approximately 10 seconds, the right side of the blender exploded out, and shot about 8 feet across my kitchen landing next to the table where my 2 children were eating breakfast. There were 2 separate pieces that were approximately 2" and 4", with razor sharp edges. The contents of the blender were sprayed across my kitchen out of this opening. Needless to say, I am EXTREMELY concerned about this product and have contacted Ninja twice regarding this matter. I have not yet heard back from their claims department. I took several pictures of the blender following the incident that can be provided if necessary. (Ninja Professional Blender)

k.  2/17/2015 – I was using my Ninja Professional blender. I mixed the pancake batter and was unable to remove the top. I tried several grippers in order to remove it and it wouldn't bufge. I sat it upright on the counter and turned to do something else. All of a sudden there was a loud bang.

The top flew off and went about 12 feet. The top contains the very sharp mixing blades and fortunately it did not fly in my direction or hit someone. The blades and force could have killed a child, pet or severely cut someone. Batter flew everywhere. I know that the lid was on straight. I have used this to mix this batter many times. I feel this is a great safety hazard. I did call the company about this incident but they seem to only be interested in settling a claim for damages. I do not feel that is an issue, but product safety is the issue. (Ninja Professional Blender 900W)

l.  3/5/2015 – The 6 Blades Assembly of this blender slipped right out of the Jar/Pitcher while I was emptying a fruit shake and severely cut my left thumb. The laceration was so deep that I was bleeding heavily and I couldn't stop the bleeding. My wife had to rush me E.R to get stitches and medical treatment. As a result of the accident I was unable to move my thumb, I had no sensation/feeling and the pain was awful. Due to the seriousness of my injury I was sent by the hospital to see a Hand Surgeon. After having a physical examination by the hand specialist, he determined that he needed to proceed surgery on my thumb to explore damage of the tendon and nerve. Indeed, during the operation he noted that my radial digital nerve was transected and I had scar tissue. He had to repair the radial digital nerve and removed the scar tissue. I have gone through hand therapy, numerous doctor visits and to this day my left thumb hasn't come back to its normal functionality. This accident occurred over a year ago and I'm only reporting it now because I was not aware of the Consumer Product Safety Commission. This blender is a dangerous hazard to consumers because its 6 Blades Assembly is extremely sharp and does not have an interlock/securing mechanism, it slips right off jar/pitcher. Until this day I have a hard time performing normal activities like I used to; I cannot even execute some at all because my left thumb has been permanently injured. I'm shocked to see that there have been many critical injures like mine reported here and this flawed product stills on shelves for resale. This sharp blade assembly could fall on someone's arteries causing life-threatening hemorrhage, it should be recall immediately and removed from the market to prevent future injuries. (Ninja Professional Blender)

m. 5/13/2015 - I seriously cut myself twice within 15 minutes while using this blender for the first time. I would not recommend this blender for anyone. In my opinion it is defectively designed. The Ninja uses a long attachment with concentric circular blades much unlike the normal blade design typically used in blenders. The Ninja's "razor blade Christmas tree" design provides no discernible benefit over the normal blade design yet increases the risk of injury exponentially. I seriously cut the index finger on my right hand while inserting the blade attachment into the pitcher. Minutes later, the attachment fell out of the pitcher into my left hand while I was pouring the contents of the pitcher onto a plate (the poorly mixed, half-blended contents, I might add). It caused a deep gash in my palm requiring four stitches to close. The attachment fell out of the pitcher because it is designed to sit loose on the base of the blender with no secure connection whatsoever. Not surprisingly, a quick review of Safer Products complaints shows others have been injured in the same manner and even more seriously. I was lucky to escape with only four stitches. I immediately returned the blender to the place of purchase for a full refund. Avoid at all costs. The Ninja blender is needlessly dangerous, almost as if the manufacturer set out to create a booby trap. Mission accomplished.

CLASS ACTION COMPLAINT

n.  11/2/2015 – My husband was just using the ninja professional blender for the first time. When he went to pour the contents out the whole blade fell out and first slashed his finger then fell to the floor severely slicing his toe! The blade design of this blender is very hazardous. We are now on our way to the ER. (Ninja Professional Blender)

o.  11/12/2015 – I was pouring a protein shake and there was still some left in the pitcher so I removed the top and began pouring remainder. I naively assumed that the blade was attached somehow. As I am pouring, the blade mechanism slides out and hits directly on the tip of my finger, slicing it wide open. (Ninja Professional Blender)

p.  11/12/2015 - My wife was pouring pina coladas and the blade released causing a laceration to her hand when the ice shifted and the blade assembly fell out.

q.  11/13/2015 – I was making a smoothie , it was a little thick which it should be! As I was pouring the smoothie into My cup the middle blades started falling out also, so I slightly touch it to hold it in place and the blades Sliced my index finger tip, it bleed so bad omg, I bandaged it up and now a couple week Later I see the recall !! Definitely needed!! I've been scared to use it and definitely will not let my children use it!! (Ninja Professional Blender)

r.  11/13/2015 – bought this ninja blender a few weeks ago, went to make a smoothie and when I poured it out the blade came out with it and cut my thumb,, i spent 2 hours in the er and got 3 stitches (Ninja Professional Blender)

s.  11/13/2015 – I was pouring my blender and the blade cut my right ring finger. I had to go to the Emergency room and get stitches. (Ninja Professional Blender)

t.  11/13/2015 - Laceration to finger from dislodged blade after pouring approx 3 months ago. (Ninja Professional Blender)

u.  11/13/2015 – I have a Ninja BL660 Professional Blender. While unpacking the blender, the spiral blending part slid out and sliced off a decent portion of my left middle finger (the tip). It healed ok but now I have a nasty scar. Obviously not a great experience; I wish there would have been some warning as to how sharp that was or some notice to handle it in a specific way to avoid this issue. (Ninja Professional Blender)

v.  11/13/2015 – I had a deep cut to my finger from the blade of the blender as I was carefully washing it. I had reported this to Ninja and all they said was to be more careful. I requested for a refund and take the item back (although purchased from Amazon) but they said that they cannot do that because it was not purchased from them directly. Amazon too rejected the return since it had passed their return policy. I purchased this blender last September and found after that it was too dangerous that I wanted to return it. Sadly, both manufacturer and seller refused to take the return. THE BLADES ARE INCREDIBLY SHARP AND EVEN THOUGH YOU HANDLE WITH EXTREME CARE, YOU CAN STILL GET LACERATIONS! Please help! (Ninja Professional Blender)

w.  11/13/2015 – I have been cut several times by the blades of the Ninja Blender BL660. (Ninja Professional Blender)

x.  11/13/2015 – Laceration to the finger as a result of the blade (Ninja Professional Blender)

y.  11/13/2015 – I used the blender to make a smoothie. While I was rinsing and cleaning up afterward, the blade fell out as I was pouring the excess

water out into the sink. My finger was cut in the process. The blade is very sharp and cut clean & deep requiring a trip to the ER and 5 stitches. (Ninja Professional Blender)

z. 11/13/2015 – slid out and cut hand (Ninja Professional Blender)

aa. 11/13/2015 - Just as others have stated... When I poured drinks from my Ninja Blender I have been cut a couple of times trying to dodge or just pouring wash water from the pitcher. I commented to my wife how dangerous this unit is as my thumb bled all over the kitchen. The blades are extremely sharp and you 'forget' that it is justsitting in the pitcher loose as you tilt the pitcher. Needs some kind of lock or better design to keep people safer.

bb. 11/14/2015 – I made a smoothie with my blender I was pouring them into a pitcher when the top blade disconnected from the lower blade and cut my hand. I was the 3rd person in my house to get cut by this blender. (Ninja Blender BL830)

cc. 11/14/2015 - I received the Ninja Mega Kitchen system blender as a Christmas gift in December 2013. As I unpacked the box and tried to take the 64 oz blender out of the box, I couldn't get it to release from the styrofoam. I pulled up on the handle not knowing that it was a locking mechanism. As I pulled the blender from the box, the top pulled off and the bottom of the blender fell away while the chopping blade fell out. The chopping blade lacerated the back of my leg, severing my sural nerve. My leg was operated on and an attempt to reconnect the sural nerve was attempted. Unfortunately, I deal with the pain daily from the injury almost two years later. (Ninja Mega Kitchen System)

dd. 11/15/2015 – The blades are dangerously sharp; I cut my index finger deeply when removing the blades to clean. Extra warnings should be given in the handling of the blades. (Ninja Professional Blender)

ee. 11/16/2015 – I was pouring a smoothie out of my Ninja blender and the blade assembly fell out and cut my hand. (Ninja Professional Blender)

ff. 11/17/2015 – I had just used my Ninja BL660 to blend up frozen fruit to make a smoothie. After I had finished blending the fruits, I took off the lid to pour the smoothie into my glass, but as I poured the drink the metal blades fell out of the blender and lacerated my thumb. (Ninja Professional Blender)

gg. 11/16/2015 – blade fell out of blender and almost cut my finger off, had to go to emergency room for 11 stitches (Ninja Professional Blender)

hh. 11/20/2015 - My daughter was pouring left over smoothie from the pitchers into the sink and the blade came out. She reached to catch and it sliced her finger open. We took her to our local emergency room where she received 3 stitches.

ii. 12/7/2015 – While handling the Ninja blender in a safe manner, I poured the contents of the blender out after removing the lid. The blade detached and put a deep gash into my finger when I tried stopping it from falling out and breaking the glass. I warned my children not to EVER touch this appliance, it could easily sever a digit or worse. I told my wife about the incident and she didn't heed my warning and cut her finger to the point that she won't let the kids use it and now she is very careful. Take this product off the shelves before some gets hurt badly. (Ninja Professional Blender)

jj. 1/2/2016 – bought the Ninja BL660 blender from amazon. After first use I went to wash it in the sink and the inner blades slid out and cut my hand

badly. (Ninja Professional Blender)

kk. 1/14/2016 – I received a Shark Ninja Blender as an early birthday gift. I crushed some ice in it right away to see how good it works. It was fantastic. It really does crush ice into snow. The problem with this product is that it is a real safety hazard. The bladed do not lock in place and can fall out of the blender. It does not tell you on the box about the blades not being able to lock into place. My daughter's hand was cut open by the blade while I was rinsing the blender out. I tilted the blender to let the water out and the blade came right down on her hand. She had to get stitches and the scar tissue is thick that she still complains of being in pain after a month and a half after the incident. (Ninja Kitchen System BL701)

ll. 2/1/2016 – Caller feels that she experienced similar problems of recall#16-064. Hazard:The blender poses a laceration risk if consumers pour or invert the pitcher after removing the lid while the loose stacked blade assembly is still inside the pitcher Caller stated that while the blender was in use the lid was not tightly secured causing the blade to fall out, hitting her on the left leg. She received a deep wound, which required 10 stitches. She was taken to the St Joseph's hospital in Pontiac MI by ambulance where she received treatment. She was treated and released for follow up. Caller contacted the company and they informed her that they had regretted the incident but that they could send addition bowls and other parts to the blender. Caller feels that the blender is unsafe and should be reported. (Nutri Ninja BL680)

mm. 3/17/2016 – I was injured by the "s" blade of the Ninja Mega Kitchen System 1500 Model BL773CO F15 Spring, while doing a refund on it at my job with Costco Wholesale. I received 3 stitches in my left thumb and butterfly bandages on my left middle finger. This model was sold on March 3rd 2016, used and then returned on March 11th 2016. While putting all components of the system back into the box after verifying all of the product was present; protocol for a refund the "s" blade sliced open my left thumb and left middle finger by reaching into the bowl to grab the shaft of the blade, instead the "s" blade cut me to the point of bleeding continually until I got to the health clinic for medical care and they took medical measures to stop the bleeding. This unit is past the one recalled from those sold between March 2012 and September 2015. When sharing my injury with friends I learned that this has happened to some of them and also to my sister. Why is this product still available to the public? It should have some sort of protective sleeve or blade protector. (Mega Kitchen System 1500)

nn. 3/14/2016 – Consumer stated that while the blender was in use for approximately 5 mins, he noticed sparks emitting from the bottom right sight side of the blender and there was a burning odor. He then noticed that it had developed into a black smoke. He immediately unplugged it and remove it outside. He had the blender for over a year and there was no prior incident. The manufacturer was not contacted as yet. Consumer feels that the blender is unsafe and should be reported. (Ninja Professional Blender BL770)

oo. 4/23/2016 - My 14 year old daughter was making a smoothie. It was our first time using the blender. She poured most of it out and took the lid off to get the final bit out. The blade came out and lacerated her thumb. She damaged the tendon , had multiple stitches and will need a cast for 6 weeks! (Ninja Professional Blender BL610)

pp. 5/7/2016 – I purchased Ninja BL770 from Best Buy in November 2015. While the product is very good. The serious design flaw is that the blade can fall out while emptying the blended/processed contents from the jug. This is because the blade is not locked into place. I understand that it is expected that the consumer removes the blade before emptying. We have been using the Ninja BL770 for 5 months now and every time the blade falls out. Twice now it has caused injuries because the blade falls on the thumb or finger. Today the blade fell out and caused a deep gash on my thumb. I had to use 2 bottles of hydrogen peroxide and 1 bottle of isopropyl alcohol to contain the bleeding. While the would is deep it cannot be stitched due to its location. This is a very serious flaw in the design of this product that the blade is not locked and can fall out. For years the blender industry has trained its users with locked blades - while it is possible to get accustomed to "unlocked" blades from Ninja, I worry that users like me are getting injured while using this product. (Mega Kitchen System BL770)

qq. 5/31/2016 – After making salsa in a Ninja kitchen blender, model NJ600 (not included in your recall) I removed the lid and began pouring the contents into a bowl I was holding in my left hand. The blade assembly fell from the blender onto my thumb, causing a sever laceration that severed the extensor tendon. Urgent care sutured the cut and referred me to a hand surgeon. I just spent six weeks in a splint to see if the tendon would repair itself without the need for surgery. I have limited use of the thumb at this point and a determination about surgery is pending. (Ninja Blender NJ600)

rr. 7/18/2016 – My ninja blender cut my son's face. My husband was carrying the blender to the refrigerator to put ice in it. As he raise the unit towards the ice maker, the bad launched out, causing it to slice open my son's face. [REDACTED] I have outstanding medical bills of around $2672. Future medical bills are projected to be $10,000. Ninja kitchen is responsible for this. My heath insurance will not pay because they say it is 3rd party responsible. My son is entitled to pain and suffering as well. I submitted a link for an online calculator with an amount that is figured as a settlement in this case. Ninja offered me $7,500. That will not even cover the current medical expenses along with future expenses, not to mention the pain that my 3 year old son endured and the HUGE SCAR ON HIS FACE! My ninja blender cut my son's face. My husband was carrying the blender to the refrigerator to put ice in it. As he raise the unit towards the ice maker, the bad launched out, causing it to slice open my son's face. [REDACTED] I have outstanding medical bills of around $2672. Future medical bills are projected to be $10,000. Ninja kitchen is responsible for this. My heath insurance will not pay because they say it is 3rd party responsible. My son is entitled to pain and suffering as well. I submitted a link for an online calculator with an amount that is figured as a settlement in this case. Ninja offered me $7,500. That will not even cover the current medical expenses along with future expenses, not to mention the pain that my 3 year old son endured and the HUGE SCAR ON HIS FACE! This company is negligent, if you got to the Ninja Kitchen Facebook page, you will see all the posts on there about injuries. Ninja conveniently hides them, until they are called out and then they allow the posts to be visible again. My son is not the only one to suffer an injury. The blade needs to be locked in, the post it sits on needs to be longer, or held in place with a

magnet or pin. Someone from the safety department called me from his personal cell phone top discuss this matter with me. He admitted that this was not misuse of the product, the pitcher was not designed to be a stationary object. It has a handle and was designed to be carried. He said he is aware of how lose the blade sits in the pitcher, but they are at a loss of what to do, since it is so sharp and they don't know how to latch it in and make it safe for people to reach in and unlatch it. He said this approach seemed like the option with less risk of getting cut. (Ninja Kitchen System BL771)

ss. 1/19/2017 – On May 5, 2016, I was assembling our Ninja Master Prep Professional blender when it activated in my hand. I had it plugged in and was assembling the blade onto the machine part prior to putting it in the blender canister when it activated. It caused a very severe laceration to my right hand (dominant) palm and caused lacerations to my palmar arch artery, two nerves to my fingers, and a tendon going to my thumb. It would be very easy for another person to do this given that the blade did not need to be safely placed in the canister or locked infor it to activate. (Ninja Master Prep Professional Blender)

tt. 1/20/2017 – I recently purchased a ninja professional 1500. Today I was using my blender and I tipped the container upside down to pour the last of my smoothie into a glass. The blade came flying out and sliced my hand open. I went to the emergency room and had to get several stitches. (Ninja Professional 1500)

uu. 1/21/2017 – blade came out while I was pouring smoothie sliced two fingers on right hand lost fingernail on both (Ninja Professional Blender BL665)

vv. 3/26/2017 – Hello. I own a Ninja BL660 blender device. About less than a month ago, on a Sunday evening, I took my new blender right out of the box brand new, and proceeded to 'smoothie' some vegetables and fruits. All seemingly was going well, until I poured the beverage into my glass, using my right hand to pour, and my left hand middle finger was lacerated by the nonfound warning extremely dangerous and falling out spiraling blade. Just Tonight, Again, a month later after being scared half to death by this expensive and obviously dangerous product, I thought Id give it one more try, being extremely cautious due to the last round of use. I went to pour my drink into my glass, still painful left hand so my right hand assisted. The blade this time literally dodged out of the blender housing, lacerating my Right Hand ring finger in the same way except way worse. (Ninja Professional BL660)

ww. 7/4/2017 – We just bought a new blender on 6/30/17. I went to move the blender from the box into the sink to soak in some bleach and water as doing so the blades slipped and il attempted to keep from falling to the floor and thats when the blade slipped and sliced the inside of my index finger as well as my ring finger All i saw after that was blood spitting out into the sink..i drove myself to hospital around 11:20. I received about 6-10 stitches (Ninja Professional Blender)

xx. 7/24/2017 – My daughter suffered a deep laceration to her foot after the blade assembly from a Ninja BL660 fell out while pouring. We were using the blender for only the second time, and had removed the lid to check the consistency of our smoothie. My 8 year old son was pouring the smoothie in to cups, and the blade assembly slid out and fell to the floor, lacerating the top of my 5 year old daughters foot. She has an one inch

laceration that required 5 stitches at the ER. The cut was very deep and almost went through the entire foot. I feel we were very lucky that she did not suffer a more serious laceration. Given her standing position, the weight, sharpness and fall trajectory of the blade assembly, the injury could have been much worse. She could easily have suffered a laceration to her arm or leg which could have resulted in a laceration to the radial or femoral artery. There is a warning on the lid, but it is a small 1 inch square sticker, light grey sticker on dark grey plastic. The lid does lock in place, but I don't think it's unusual to remove the lid from a blender. There should be some form of friction or locking mechanism, the blade assembly should not slip out as easily as it does. (Ninja Professional Blender)

yy. 10/19/2017 – I Purchase a Ninja Blender at Costco on Thursday Sep/28/2017. First time using it on Saturday Sep/30 went to make a smoothie for our 12 years old daughter. While poring it in a cup, the blades of blender came loose from it and hit my left hand lacerating 2 tendons on trigger finger. I Was treated at ER and went over surgery to reattach tendons. I m now wearing a cast and in a long recovery process. Just find out that the blender that I bought is not different from the ones Ninja recall few years ago (Ninja Professional 1000)

zz. 11/30/2017 – Brand new blender. I took it out of the box and the product was so difficult to put the plastic container on the blender motor that I was going to return to the store.When I turned it sideways to put back into the styrofoam packaging, I turn the blender container on its side and the inside blades do not lock, so they bounced out and made a large laceration and I had to be rushed to emergency for stitches (Ninja Professional Blender)

aaa.      12/25/2017 – I was using the ninja blender to make a smoothly. I felt I needed to remove the lid as the locking base wasn't unlocking. It was new. It is the only blender, I have used, whose blades, aren't attached. I only read about updated safety instructions, injuries and recalls, after the fact. I think this is a dangerous product for this reason. (Ninja Professional 1000)

bbb.      2/22/2018 - I was Using my Nutri Ninja, Blending a banana and a avocado, the Nutri Ninja exploded, and my left fingers and hand went down on the blades causing severe injuries to my fingers and hand, I was bleeding all over the place, lost quite a bite of blood by the time I got to the emergency room, I had to get 23 stitches, I went back for a follow up appointment with the doctor they told me to follow up with on 21 February 2018 and was told by the dr. that I have nerve damage and will need to get surgery to repair the nerve damage, my concerns are why is the nitri ninja still in the stores , I did not know and was not aware that there was a recall and if so why are they still being shipped out for sell, when they are causing severe injuries (Ninja Professional BL450)

31.      SharkNinja had superior and exclusive knowledge of the Stacked Blade Assembly Defect and knew or should have known that the defect was not known or reasonably discoverable by Plaintiff and Class Members before they purchased the Ninja Blenders.

32.      Plaintiff is informed and believes and based thereon alleges that

before Plaintiff purchased his Ninja Blender, and since at least 2012, SharkNinja knew about the Stacked Blade Assembly Defect through sources not available to consumers, including pre-release testing data, early consumer complaints, high failure rates and replacement part sales data, and other internal sources, including warranty data and private messages via social media and call places to customer support.

33.     In fact, on or around November 12, 2015, SharkNinja issued a voluntary recall of Ninja BL660 series Professional Blenders stating that, "[t]he blender poses a laceration risk if consumers pour or invert the pitcher after removing the lid while the loose stacked blade assembly is still inside the pitcher."[6]  The recall affected approximately 1.1 million units sold in the United States between March 2012 and September 2015.  The recall was prompted by 53 reports of lacerations to the Consumer Product Safety Commission.  However, the recall was "different from most in that Ninja [wasn't] actually telling consumers to stop using their blenders, nor [was] it issuing a stop sale with retailers.  Instead, it [was] giving customers a revised safety warning."  Thus, the Stacked Blade Assembly Defect continued and expanded as more models with Stacked Blade Assemblies were introduced to the public.

34.     The existence of the Stacked Blade Assembly Defect is a material fact that a reasonable consumer would consider when deciding whether to purchase a Ninja Blender.  Had Plaintiff and other Class Members known at the time of purchase that the Stacked Blade Assembly did not lock in place inside the blending pitcher or contain any safety lock mechanism, they would not have purchased the Ninja Blender or would have paid less for them.

35.     Reasonable consumers, like Plaintiff, reasonably expect that blenders are safe, will function in a manner that will not pose a safety hazard, and are free

---

[6] https://www.cpsc.gov/Recalls/2016/Laceration-Injuries-Prompt-SharkNinja-to-Recall-Ninja-BL660-Blenders#

from defects. Plaintiff and Class Members further reasonably expect that SharkNinja will not sell blenders with known safety defects, such as the Stacked Blade Assembly Defect, and will disclose any such defects to its consumers when it learns of them. They did not expect SharkNinja to fail to disclose the Stacked Blade Assembly Defect to them and to continually deny the defect.

36. To this day, SharkNinja has still not modified or redesigned the defective components that continue to cause the Stacked Blade Assembly Defect.

37. Because of their reliance on Defendant's representations and omissions, consumers have suffered an ascertainable loss of money, including, without limitation, out of pocket costs incurred in purchasing the Ninja Blenders. Further, because of its deceptive marketing and unfair competition with similar manufacturers and brands whose blenders do not experience the Stacked Blade Assembly Defect, SharkNinja realized sizable profits.

38. As the intended, direct, and proximate result of SharkNinja's false, misleading, and deceptive representations and omissions, SharkNinja has been unjustly enriched through more sales of Ninja Blenders and higher profits at the expense of Plaintiff and the Class Members.

## CLASS ALLEGATIONS

39. Plaintiff brings this lawsuit as a class action on behalf of himself and all others similarly situated as members of the proposed Class pursuant to pursuant to Federal Rules of Civil Procedure 23(a), 23(b)(2), 23(b)(3), and 23(c)(4). This action satisfies the numerosity, commonality, typicality, adequacy, predominance, and superiority requirements of those provisions.

40. The Class and Sub-Class are defined as:

**Nationwide Class**: All individuals in the United States who purchased one or more Ninja Stacked Blade Blenders from four years prior to the filing of this complaint through the date of certification (the "Nationwide Class" or "Class").

**California Sub-Class**: All members of the Nationwide Class who reside in the State of California.

**CLRA Sub-Class**:  All members of the California Sub-Class who are "consumers" within the meaning of California Civil Code § 1761(d).

**Implied Warranty Sub-Class**:  All members of the Nationwide Class who purchased their Ninja Stacked Blade Blender in the State of California.

41.     Excluded from the Class and Sub-Classes are: (1) Defendant, any entity or division in which Defendant has a controlling interest, and their legal representatives, officers, directors, assigns, and successors; (2) the Judge to whom this case is assigned and the Judge's staff; (3) any Judge sitting in the presiding state and/or federal court system who may hear an appeal of any judgment entered; and (4) those persons who have suffered personal injuries as a result of the facts alleged herein.  Plaintiff reserves the right to amend the Class and Sub-Class definitions if discovery and further investigation reveal that the Class and Sub-Class should be expanded or otherwise modified.

42.     Numerosity:  Although the exact number of Class Members is uncertain and can only be ascertained through appropriate discovery, the number is great enough such that joinder is impracticable.  The disposition of the claims of these Class Members in a single action will provide substantial benefits to all parties and to the Court.  The Class Members are readily identifiable from information and records in Defendant's possession, custody, or control.

43.     Typicality:  Plaintiff's claims are typical of the claims of the Class in that Plaintiff, like all Class Members, was deceived by SharkNinja's representations and omissions regarding the Stacked Blade Assembly and experienced the Stacked Blade Assembly Defect after purchasing a Ninja Blender. The representative Plaintiff, like all Class Members, has been damaged by Defendant's misconduct in that they have incurred the over-valued costs of purchasing a Ninja Blender for a premium price in reliance on SharkNinja's representations.  Furthermore, the factual bases of SharkNinja's misconduct are common to all Class Members and represent a common thread resulting in injury to all Class Members.

44.   <u>Commonality</u>:  There are numerous questions of law and fact common to Plaintiff and the Class that predominate over any question affecting only individual Class Members.  These common legal and factual issues include the following:

    a.   Whether SharkNinja misrepresented and/or failed to disclose material facts concerning its Ninja Stacked Blade Blender;

    b.   Whether SharkNinja's conduct was unlawful, unfair and/or deceptive;

    c.   Whether SharkNinja has a duty to disclose the true nature of the Stacked Blade Assembly;

    d.   Whether Plaintiff and other Class Members are entitled to equitable relief, including but not limited to a preliminary and/or permanent injunction;

    e.   Whether Plaintiff and other Class Members are entitled to damages;

    f.   Whether Defendant knew or reasonably should have known of its deceptive representations and omissions relating to the Ninja Stacked Blade Blenders; and

    g.   Whether Defendant is obligated to inform Class Members of their right to seek reimbursement for having paid for Ninja Stacked Blade Blenders in reliance on Defendant's misrepresentations.

45.   <u>Adequate Representation</u>:  Plaintiff will fairly and adequately protect the interests of the Class Members.  Plaintiff has retained attorneys experienced in the prosecution of class actions, including consumer and product defect class actions, and Plaintiff intends to prosecute this action vigorously.

46.   <u>Predominance and Superiority</u>:  Plaintiff and Class Members have all suffered and will continue to suffer harm and damages as a result of Defendant's unlawful and wrongful conduct.  A class action is superior to other available methods for the fair and efficient adjudication of the controversy.  Absent a class

1    action, most Class Members would likely find the cost of litigating their claims

2    prohibitively high and would therefore have no effective remedy at law.  Because

3    of the relatively small size of the individual Class Members' claims, it is likely

4    that only a few Class Members could afford to seek legal redress for Defendant's

5    misconduct.  Absent a class action, Class Members will continue to incur

6    damages, and Defendants' misconduct will continue without remedy.  Class

7    treatment of common questions of law and fact would also be a superior method to

8    multiple individual actions or piecemeal litigation in that class treatment will

9    conserve the resources of the courts and the litigants, and will promote

10   consistency and efficiency of adjudication.

## FIRST CAUSE OF ACTION

### (Violation of California's Consumers Legal Remedies Act, California Civil Code § 1750, *et seq.*)

14       47.    Plaintiff incorporates by reference the allegations contained in each

15   and every paragraph of this Complaint.

16       48.    Plaintiff brings this cause of action on behalf of himself and on behalf

17   of the members of the CLRA Sub-Class.

18       49.    Defendant is a "person" as defined by California Civil Code §

19   1761(c).

20       50.    Plaintiff and CLRA Sub-Class Members are "consumers" within the

21   meaning of California Civil Code § 1761(d) because they bought the Ninja

22   Blenders for personal use.

23       51.    By failing to disclose to Plaintiff and prospective Class Members and

24   concealing the true and actual nature of the Stacked Blade Assembly, Defendant

25   violated California Civil Code § 1770(a), as it represented that Ninja Stacked

26   Blade Blenders had characteristics and benefits that they do not have, represented

27   that Ninja Stacked Blade Blenders were of a particular standard, quality, or grade

28   when they were of another, and advertised Ninja Stacked Blade Blenders with the

1    intent not to sell them as advertised.  See Cal. Civ. Code §§ 1770(a)(5)(7) & (9).

2        52.    Defendant's unfair and deceptive acts or practices occurred

3    repeatedly in Defendant's' trade or business and were capable of deceiving a

4    substantial portion of the purchasing public.

5        53.    Defendant knew the Ninja Stacked Blade Blenders did not possess

6    the characteristics and benefits as represented and were not of the particular

7    standard, quality or grade as represented.

8        54.    As a result of their reliance on Defendant's representations and

9    omissions, Class Members suffered an ascertainable loss of money, property,

10   and/or value of their Ninja Stacked Blade Blenders.

11       55.    Defendant was under a duty to Plaintiff and Class Members to

12   disclose the true and actual nature of the Ninja Stacked Blade Blenders because:

13           a.  Defendant was in a superior position to know the true nature of the

14               Stacked Blade Assembly;

15           b.  Plaintiff and Class Members could not reasonably have been

16               expected to know about the Stacked Blade Assembly Defect; and

17           c.  Defendant knew that Plaintiff and Class Members could not

18               reasonably have been expected to know about the Stacked Blade

19               Assembly Defect;

20       56.    In failing to disclose and misrepresenting the true nature of the Ninja

21   Stacked Blade Blenders, Defendant knowingly and intentionally concealed

22   material facts and breached its duty not to do so.

23       57.    The facts Defendant concealed from or misrepresented to Plaintiff

24   and Class Members are material in that a reasonable consumer would have

25   considered them to be important in deciding whether to purchase the Ninja

26   Stacked Blade Blenders or pay less.  If Plaintiff and Class Members had known

27   about the Stacked Blade Assembly Defect, they would not have purchased the

28   Ninja Stacked Blade Blenders or would have paid less for them.

58.    Plaintiff and Class Members are reasonable consumers who expect manufacturers, like SharkNinja, to provide accurate and truthful representations regarding the safety and design features of their products.  Further, reasonable consumers, like Plaintiff, rely on the representations made by manufacturers regarding the safety and design features in determining whether to purchase and consider that information important to their purchase decision.

59.    As a direct and proximate result of Defendant's unfair methods of competition and/or unfair and deceptive practices, Plaintiff and the Class have suffered and will continue to suffer actual damages.

60.    Plaintiff and the Class are entitled to equitable relief.

61.    Plaintiff provided Defendant with notice of its violations of the CLRA pursuant to California Civil Code § 1782(a).  If Defendants fail to provide appropriate relief for its violations of the CLRA within 30 days, Plaintiff will seek monetary, compensatory, and punitive damages, in addition to the injunctive and equitable relief he seeks now.

**SECOND CAUSE OF ACTION**

**(Violation of California Business & Professions Code § 17200 *et seq*.)**

62.    Plaintiff incorporates by reference the allegations contained in each and every paragraph of this Complaint.

63.    Plaintiff brings this cause of action on behalf of himself and on behalf of the Nationwide Class, or in the alternative, on behalf of themselves and on behalf of the California Sub-Class.

64.    As a result of their reliance on Defendant's misrepresentations and omissions, Class Members suffered an ascertainable loss of money, property, and/or value of their Ninja Stacked Blade Blenders.

65.    California Business & Professions Code § 17200 prohibits acts of "unfair competition," including any "unlawful, unfair or fraudulent business act or practice" and "unfair, deceptive, untrue or misleading advertising."

CLASS ACTION COMPLAINT

66.     Plaintiff and Class Members are reasonable consumers who expect manufacturers, like SharkNinja, to provide accurate and truthful representations regarding the safety and design features of their products.  Further, reasonable consumers, like Plaintiff, rely on the representations made by manufacturers regarding the safety and design features in determining whether to purchase and consider that information important to their purchase decision.

67.     In failing to disclose and actively misrepresenting the true nature of the Stacked Blade Assembly Defect, Defendant has knowingly and intentionally concealed material facts and breached its duty not to do so.

68.     Defendant was under a duty to Plaintiff and Class Members to disclose the true and actual nature of the Ninja Stacked Blade Blenders because:

    a. Defendant was in a superior position to know the true nature of the Stacked Blade Assembly;

    b. Defendant made partial representations about the Ninja Stacked Blade Blenders without revealing the material information needed to determine whether to purchase; and

    c. Defendant actively concealed the true nature of the Stacked Blade Assembly Defect from Plaintiff and the Class.

69.     The facts Defendant concealed from or misrepresented to Plaintiff and Class Members are material in that a reasonable consumer would have considered them to be important in deciding whether to purchase Ninja Stacked Blade Blenders or pay less.  If Plaintiff and Class Members had known about the Stacked Blade Assembly Defect, they would not have purchased the Ninja Stacked Blade Blenders or would have paid less for them.

70.     Defendant's conduct was and is likely to deceive consumers.

71.     Defendant's acts, conduct and practices were unlawful, in that they constituted:

    a. Violations of California's Consumers Legal Remedies Act;

b.  Violations of California's False Advertising Law;

c.  Violations of the Song-Beverly Consumer Warranty Act; and

d.  Violations of the Magnuson-Moss Warranty Act.

72.    By its conduct, Defendant has engaged in unfair competition and unlawful, unfair, and fraudulent business practices.

73.    Defendant's unfair or deceptive acts or practices occurred repeatedly in Defendant's trade or business, and were capable of deceiving a substantial portion of the purchasing public.

74.    As a direct and proximate result of Defendant's unfair and deceptive practices, Plaintiff and the Class have suffered and will continue to suffer actual damages.

75.    Defendant has been unjustly enriched and should be required to make restitution to Plaintiff and the Class pursuant to §§ 17203 and 17204 of the Business & Professions Code.

### THIRD CAUSE OF ACTION

### (Breach of Implied Warranty Pursuant to Song-Beverly Consumer Warranty Act, California Civil Code §§ 1792 and 1791.1, *et seq*.)

76.    Plaintiff incorporates by reference the allegations contained in each and every paragraph of this Complaint.

77.    Plaintiff brings this cause of action against Defendant on behalf of himself and on behalf of the members of the Implied Warranty Sub-Class.

78.    Defendant was at all relevant times the manufacturer, distributor, warrantor, and/or seller of the Ninja Stacked Blade Blenders.  Defendant knew or had reason to know of the specific use for which the Ninja Stacked Blade Blenders were purchased.

79.    Defendant provided Plaintiff and Class Members with an implied warranty that the Ninja Stacked Blade Blenders are merchantable and fit for the ordinary purposes for which they were sold.  However, the Ninja Stacked Blade

1   Blenders are not fit for their ordinary purpose in that they suffer from a design
2   defect.

3       80.    Defendant impliedly warranted that the Ninja Stacked Blade
4   Blenders were of merchantable quality and fit for such use.  This implied
5   warranty included, among other things: (i) a warranty that the Ninja Stacked
6   Blade Blenders were manufactured, supplied, distributed, and/or sold by
7   SharkNinja were safe and reliable; and (ii) a warranty that the Ninja Stacked
8   Blade Blenders and their Stacked Blade Assemblies would be fit for their
9   intended use during operation.

10      81.    Contrary to the applicable implied warranties, the Ninja Stacked
11  Blade Blenders at the time of sale and thereafter were not fit for their ordinary
12  and intended purpose of providing Plaintiff and Class Members with a reliable
13  and safe blender.  Instead, the Ninja Stacked Blade Blenders are defective,
14  including, without limitation, the defective design of the Stacked Blade
15  Assembly.

16      82.    The alleged Stacked Blade Assembly Defect is inherent in each
17  Ninja Stacked Blade Blender and was present in each Ninja Stacked Blade
18  Blender at the time of sale.

19      83.    As a result of Defendant's breach of the applicable implied
20  warranties, purchasers of the Ninja Stacked Blade Blenders suffered an
21  ascertainable loss of money, property, and/or value of their blenders, including,
22  but not limited to, the out-of-pocket costs incurred in purchasing the defective
23  Ninja Stacked Blade Blenders.

24      84.    Additionally, as a result of SharkNinja's deceptive marketing and
25  labeling practices, Plaintiff and Class Members were harmed and suffered actual
26  damages in that their Ninja Stacked Blade Blenders are substantially certain to
27  fail before the expected useful life has run.

28      85.    Defendant's actions, as complained of herein, breached the implied

1  warranty that the Ninja Stacked Blade Blenders were of merchantable quality

2  and fit for such use in violation of California Civil Code §§ 1792 and 1791.1.

3  **FOURTH CAUSE OF ACTION**

4  **(Breach of Implied Warranty under the Magnuson-Moss Warranty Act,**

5  **15 U.S.C. § 2303 et seq.)**

6      86.    Plaintiff incorporates by reference the allegations contained in each

7  and every paragraph of this Complaint.

8      87.    Plaintiff bring this cause of action on behalf of himself and on

9  behalf of the Nationwide Class, or, in the alternative, on behalf of the California

10  Sub-Class, against Defendant.

11      88.    The Ninja Stacked Blade Blenders are a "consumer product" within

12  the meaning of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301(1).

13      89.    Plaintiff and Class Members are "consumers" within the meaning of

14  the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301(3).

15      90.    Defendant is a "supplier" and "warrantor" within the meaning of the

16  Magnuson-Moss Warranty Act, 15 U.S.C. § 2301(4)-(5).

17      91.    SharkNinja impliedly warranted that the Ninja Stacked Blade

18  Blenderss were of merchantable quality and fit for such use.  This implied

19  warranty included, among other things: (i) a warranty that the Ninja Stacked

20  Blade Blenders were manufactured, supplied, distributed, and/or sold by

21  SharkNinja were safe and reliable; and (ii) a warranty that the Ninja Stacked

22  Blade Blenders and their Stacked Blade Assemblies would be fit for their

23  intended use during operation.

24      92.    Contrary to the applicable implied warranties, the Ninja Stacked

25  Blade Blenders at the time of sale and thereafter were not fit for their ordinary

26  and intended purpose of providing Plaintiff and Class Members with a reliable

27  and safe blender.  Instead, the Ninja Stacked Blade Blenders are defective,

28  including, without limitation, the defective design of the Stacked Blade

1  Assembly.

2       93.    Defendant's breach of implied warranties has deprived Plaintiff and

3  Class Members of the benefit of their bargain.

4       94.    The amount in controversy of Plaintiff's individual claims meets or

5  exceeds the sum or value of $25,000.  In addition, the amount in controversy

6  meets or exceeds the sum or value of $50,000 (exclusive of interests and costs)

7  computed on the basis of all claims to be determined in this suit.

8       95.    Defendant has been afforded a reasonable opportunity to cure its

9  breach, including customer complaints posted online and submitted to Defendant

10  by Class Members since 2012.

11       96.    As a direct and proximate cause of Defendant's breach of implied

12  warranties, Plaintiff and Class Members sustained damages and other losses in

13  an amount to be determined at trial.  Defendant's conduct damaged Plaintiff and

14  Class Members, who are entitled to recover actual damages, consequential

15  damages, specific performance, diminution in value, costs, attorneys' fees,

16  and/or other relief as appropriate.

17       97.    As a result of Defendant's violations of the Magnuson-Moss

18  Warranty Act as alleged herein, Plaintiff and Class Members have incurred

19  damages.

20                **FIFTH CAUSE OF ACTION**

21                **(For Unjust Enrichment)**

22       98.    Plaintiff incorporates by reference the allegations contained in each

23  and every paragraph of this Complaint.

24       99.    Plaintiff brings this cause of action on behalf of himself and on

25  behalf of the Nationwide Class, or, in the alternative, on behalf of the California

26  Sub-Class, against Defendant.

27       100.   As a direct and proximate result of Defendant's failure to disclose

28  known defects, Defendant has profited through the sale of said blenders.

Although these blenders are purchased through Defendant's agents, the money from the car seat sales flows directly back to Defendant.

101.   Defendant has therefore been unjustly enriched due to the known defects in the Ninja Stacked Blade Blenders through the use of funds that earned interest or otherwise added to Defendant's profits when said money should have remained with Plaintiff and Class Members.

102.   As a result of the Defendant's unjust enrichment, Plaintiff and Class Members have suffered damages.

## RELIEF REQUESTED

103.   Plaintiff, on behalf of themselves, and all others similarly situated, request the Court to enter judgment against Defendant, as follows:

a.  An order certifying the proposed Class and Sub-Classes, designating Plaintiff as named representative of the Class, and designating the undersigned as Class Counsel;

b.  An order enjoining Defendant from further deceptive advertising, sales, and other business practices with respect to its representations regarding the Ninja Stacked Blade Blenders;

c.  A declaration requiring Defendant to comply with the various provisions of the Song-Beverly Act alleged herein and to make all the required representations;

d.  An award to Plaintiff and the Class for compensatory, exemplary, and statutory damages, including interest, in an amount to be proven at trial;

e.  Any and all remedies provided pursuant to the Song-Beverly Act, including California Civil Code § 1794;

f.  Any and all remedies provided pursuant to the Magnuson-Moss Warranty Act;

g.  A declaration that Defendants must disgorge, for the benefit of the

CLASS ACTION COMPLAINT

1    Class, all or part of the ill-gotten profits it received from the sale of

2    Ninja Stacked Blade Blenders, or make full restitution to Plaintiff and

3    Class Members;

4    h.  An award of attorneys' fees and costs, as allowed by law;

5    i.   An award of attorneys' fees and costs pursuant to California Code of

6    Civil Procedure § 1021.5;

7    j.   An award of pre-judgment and post-judgment interest, as provided by

8    law;

9    k.  Leave to amend the Complaint to conform to the evidence produced

10   at trial; and

11   l.   Such other relief as may be appropriate under the circumstances.

12                        **DEMAND FOR JURY TRIAL**

13   Plaintiff hereby demands a trial by jury of any and all issues in this action so

14   triable.

15   Dated:  July 31, 2018                    Respectfully submitted,

16                                             Capstone Law APC

17

18                                    By: /s/ Jordan Lurie
                                          Jordan L. Lurie
19                                        Tarek H. Zohdy
                                          Cody R. Padgett
20                                        Trisha K. Monesi

21                                        Attorneys for Plaintiff
                                          Daniel Murillo

22

23

24

25

26

27

28

# EXHIBIT 1

Jordan L. Lurie (SBN 130013)
Jordan.Lurie@capstonelawyers.com
Tarek H. Zohdy (SBN 247775)
Tarek.Zohdy@capstonelawyers.com
Cody R. Padgett (SBN 275553)
Cody.Padgett@capstonelawyers.com
Trisha K. Monesi (SBN 303512)
Trisha.Monesi@capstonelawyers.com
Capstone Law APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone:  (310) 556-4811
Facsimile:   (310) 943-0396

Attorneys for Plaintiff
Daniel Murillo

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MURILLO, individually, and on behalf of a class of similarly situated individuals,<br><br>        Plaintiffs,<br><br>    v.<br><br>SHARKNINJA OPERATING LLC., a Massachusetts limited liability company,<br><br>        Defendant. | Case No.:<br><br>**DECLARATION OF DANIEL MURILLO IN SUPPORT OF VENUE FOR CLASS ACTION COMPLAINT PURSUANT TO CIVIL CODE § 1780(d)** |

DocuSign Envelope ID: 2197A6B81-F899-4F51-A538-4C0F65D62490

# DECLARATION OF DANIEL MURILLO

I, DANIEL MURILLO, declare under penalty of perjury as follows:

1.      I make this declaration based upon my personal knowledge except as to those matters stated herein that are based upon information and belief, and as to those matters I believe them to be true.  I am over the age of eighteen, a citizen of the State of California, and a Plaintiff in this action.

2.      Pursuant to California Civil Code § 1780(d), this Declaration is submitted in support of Plaintiff's Selection of Venue for the Trial of Plaintiff's Cause of Action alleging violation of California's Consumers Legal Remedies Act.

3.      I reside in South Gate, California, which is in the County of Los Angeles.  I purchased the Ninja Stacked Blade Blender that is the subject of this lawsuit in the County of Orange.

4.      I am informed and believe that Defendant SHARKNINJA OPERATING LLC ("Defendant") is a Massachusetts limited liability company, organized and existing under the laws of the State of Massachusetts, and registered to conduct business in California.  On information and belief, Defendant conducts business in Los Angeles and Orange County.

5.      Based on the facts set forth herein, this Court is a proper venue for the prosecution of Plaintiff's Cause of Action alleging violation of California's Consumers Legal Remedies Act because the blenders that are the subject of this lawsuit are situated here, and a substantial portion of the events giving rise to my claims occurred here.

6.      I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

Executed on July 31, 2018, in South Gate, California.



Daniel Murillo

DECL. OF DANIEL MURILLO IN SUPPORT OF PLAINTIFF'S SELECTION OF VENUE FOR TRIAL