Jordan L. Lurie (SBN 130013)
Jordan.Lurie@capstonelawyers.com
Tarek H. Zohdy (SBN 247775)
Tarek.Zohdy@capstonelawyers.com
Cody R. Padgett (SBN 275553)
Cody.Padgett@capstonelawyers.com
Trisha K. Monesi (SBN 303512)
Trisha.Monesi@capstonelawyers.com
Capstone Law APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone: (310) 556-4811
Facsimile: (310) 943-0396

Attorneys for Plaintiff Daniel Murillo

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MURILLO, individually, and on behalf of a class of similarly situated individuals,<br><br>  Plaintiffs,<br><br> v.<br><br>SHARKNINJA OPERATING LLC., a Massachusetts limited liability company,<br><br>  Defendant. | Case No. 2:18-cv-6594-RGK-JC<br><br>Hon. R. Gary Klausner<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)**<br><br>Complaint filed: July 31, 2018<br>Trial Date: None Set |

**PLEASE TAKE NOTICE** that Plaintiff Daniel Murillo ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses all claims in this action without prejudice as to Defendant SharkNinja Operating LLC ("Defendant").

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Notice to the class is not necessary under Federal Rule of Civil Procedure 23(e) because the Court has not certified a class in this case.

Dated: August 8, 2018        Respectfully submitted,

Capstone Law APC

By: */s/ Trisha Monesi*
Jordan L. Lurie
Tarek H. Zohdy
Cody R. Padgett
Trisha K. Monesi

Attorneys for Plaintiff Daniel Murillo